STATE v. CHEEK

No. 5 PC.

Case below: 10 N.C. App. 273.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1971.

STATE v. MURPHY

No. 10 PC.

Case below: 10 N.C. App. 11.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1971.

STATE v. SHORE

No. 13 PC.

Case below: 10 N.C. App. 75.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1971.

STRICKLAND v. POWELL

No. 1 PC.

Case below: 10 N.C. App. 225.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 March 1971.